**E-FILED on** 7/28/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITE HERE! LOCAL 19,<br><br>Petitioner,<br><br>v.<br><br>SUTTER'S PLACE, INC., dba BAY 101<br><br>Respondent. | No. C-11-02608 RMW<br><br>ORDER DENYING SUTTER'S PLACE, INC. dba BAY 101'S ADMINISTRATIVE MOTION TO CONTINUE THE HEARING DATE OF PETITIONER'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR ATTORNEY'S FEES AND TO SET A BRIEFING SCHEDULE<br><br>**[Re Docket No. 14]** |

On July 19, 2011, respondent Sutter's Place, Inc. dba Bay 101 ("Bay 101") brought an administrative motion to continue the hearing date of petitioner's motion for summary judgment and motion for attorney's fees and to set a briefing schedule. Dkt. No. 14. Petitioner Unite Here! Local

United States District Court
For the Northern District of California

19 ("Local 19") opposed the motion. Dkt. No. 15. Having considered the papers submitted by the parties, the court denies Bay 101's motion. A continuance is not warranted at this time.

DATED:     7/28/2011

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge