1 | JAMES McMANIS (40958)
2 | SHARON KIRSCH (157157)
MATTHEW SCHECHTER (212003)
3 | McMANIS FAULKNER
A Professional Corporation
4 | 50 West San Fernando Street, 10th Floor
San Jose, California 95113
5 | Telephone:    408-279-8700
Facsimile:    408-279-3244
6 | Email:    skirsch@mcmanislaw.com
    mschechter@mcmanislaw.com
7 |
8 | Attorneys for Defendant,
SUTTER'S PLACE, INC. dba BAY 101

9 |
10 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
11 | SAN JOSE DIVISION

12 | UNITE HERE! LOCAL 19,

13 |         Petitioner,                    Case No.  11-CV-02608 (RMW)

14 | vs.                                     **STIPULATION AND []**
                                            **ORDER CONTINUING THE**
15 | SUTTER'S PLACE, INC. dba BAY 101,      **DEADLINE FOR BAY 101 TO SUBMIT**
                                            **FURTHER OBJECTIONS TO THE**
16 |         Respondent.                    **AMOUNT OF ATTORNEY'S FEES**
                                            **REQUESTED BY UNITE HERE!**
17 |                                         **LOCAL 19**

18 |
19 |
20 |         Petitioner, Unite Here! Local 19 ("Local 19"), and respondent, Sutter's Place, Inc. dba
21 | Bay 101 ("Bay 101") (collectively "the Parties"), by and through their respective attorneys of
22 | record, hereby stipulate  to the following:
23 |         1.      On August 26, 2011, the Court issued its Order Granting Local 19's Motion for
24 | Summary Judgment and Granting Attorneys' Fees ("the Order").
25 |         2.      As part of the Order, and in connection with the granting of attorneys' fees, the
26 | Court permitted Local 19 to "submit a revised request showing the specific services rendered, the
27 | dates on which they were rendered and the hourly rates charged."  The Court gave Local 19 until
28 | Friday, September 9 to submit the requested records.

1

3.      The Court gave Bay 101 until Monday, September 12, 2011 "to submit further objections to the amount of attorney's fees requested."

4.      The Parties agree that Bay 101 can have until Friday, September 16, 2011, to submit further objections.


IT IS SO STIPULATED.


Dated: August 31, 2011                          McMANIS FAULKNER


                                                __/s/ Matthew Schechter_____
                                                MATTHEW SCHECHETR

                                                Attorneys for Respondent
                                                SUTTER'S PLACE, INC. dba BAY 101

Dated: _____, 2011                     WEINBERG, ROGER & ROSENFELD


                                                _____
                                                JANNAH V. MANANSALA

                                                Attorneys for Petitioner,
                                                UNITE HERE! LOCAL 19


### <u>ORDER</u>

Pursuant to stipulation above, the deadline for Bay 101 to submit further objections to the amount of attorney's fees requested is hereby continued from September 12, 2011 to September 16, 2011.


Dated: _____, 2011             _____
                                        JUDGE RONALD M. WHYTE
                                        UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA

2

3.      The Court gave Bay 101 until Monday, September 12, 2011 "to submit further objections to the amount of attorney's fees requested."

4.      The Parties agree that Bay 101 can have until Friday, September 16, 2011, to submit further objections.

IT IS SO STIPULATED.

Dated: August 31, 2011                          McMANIS FAULKNER


_____
MATTHEW SCHECHETR

Attorneys for Respondent
SUTTER'S PLACE, INC. dba BAY 101


Dated: _September 1_, 2011                       WEINBERG, ROGER & ROSENFELD

_____
JANNAH V. MANANSALA

Attorneys for Petitioner,
UNITE HERE! LOCAL 19


## ORDER

Pursuant to stipulation above, the deadline for Bay 101 to submit further objections to the amount of attorney's fees requested is hereby continued from September 12, 2011 to September 16, 2011.


Dated: _____, 2011

JUDGE RONALD M. WHYTE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2