```
1    JAMES McMANIS (40958)
     SHARON KIRSCH (157157)
2    MATTHEW SCHECHTER (212003)
     McMANIS FAULKNER
3    A Professional Corporation
     50 West San Fernando Street, 10th Floor
4    San Jose, California 95113
     Telephone:    408-279-8700
5    Facsimile:    408-279-3244
     Email:        skirsch@mcmanislaw.com
6                  mschechter@mcmanislaw.com

7
     Attorneys for Defendant,
8    SUTTER'S PLACE, INC. dba BAY 101
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITE HERE! LOCAL 19,<br><br>    Petitioner,<br><br>vs.<br><br>SUTTER'S PLACE, INC. dba BAY 101,<br><br>    Respondent. | Case No.  11-CV-02608 (RMW)<br><br>**STIPULATION AND []<br>ORDER CONTINUING THE<br>DEADLINE FOR BAY 101 TO SUBMIT<br>FURTHER OBJECTIONS TO THE<br>AMOUNT OF ATTORNEY'S FEES<br>REQUESTED BY UNITE HERE!<br>LOCAL 19** |

Petitioner, Unite Here! Local 19 ("Local 19"), and respondent, Sutter's Place, Inc. dba Bay 101 ("Bay 101") (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate to the following:

1. On August 26, 2011, the Court issued its Order Granting Local 19's Motion for Summary Judgment and Granting Attorneys' Fees ("the Order").

2. As part of the Order, and in connection with the granting of attorneys' fees, the Court permitted Local 19 to "submit a revised request showing the specific services rendered, the dates on which they were rendered and the hourly rates charged." The Court gave Local 19 until Friday, September 9 to submit the requested records.

1
STIP AND [] ORDER CONTINUING DEADLINE FOR BAY 101 TO SUBMIT FURTHER
OBJECTIONS TO AMT OF ATTORNEY FEES REQUESTED BY LOCAL 19; CASE NO. 11-CV-02608 (RMW)

3. The Court gave Bay 101 until Monday, September 12, 2011 "to submit further objections to the amount of attorney's fees requested."

4. The Parties agree that Bay 101 can have until Friday, September 16, 2011, to submit further objections.

IT IS SO STIPULATED.

Dated: August 31, 2011                      McMANIS FAULKNER

                                                    /s/ Matthew Schechter
                                              MATTHEW SCHECHETR

                                              Attorneys for Respondent
                                              SUTTER'S PLACE, INC. dba BAY 101

Dated: _____, 2011            WEINBERG, ROGER & ROSENFELD

                                              _____
                                              JANNAH V. MANANSALA

                                              Attorneys for Petitioner,
                                              UNITE HERE! LOCAL 19

## **ORDER**

Pursuant to stipulation above, the deadline for Bay 101 to submit further objections to the amount of attorney's fees requested is hereby continued from September 12, 2011 to September 16, 2011.

Dated: _____, 2011          _____
                                                    JUDGE RONALD M. WHYTE
                                                    UNITED STATES DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA

3. The Court gave Bay 101 until Monday, September 12, 2011 "to submit further objections to the amount of attorney's fees requested."

4. The Parties agree that Bay 101 can have until Friday, September 16, 2011, to submit further objections.

IT IS SO STIPULATED.

Dated: August 31, 2011                                McMANIS FAULKNER

_____
MATTHEW SCHECHETR

Attorneys for Respondent
SUTTER'S PLACE, INC. dba BAY 101

Dated: September 1, 2011                              WEINBERG, ROGER & ROSENFELD

*[signature: Jannah Manansala]*
JANNAH V. MANANSALA

Attorneys for Petitioner,
UNITE HERE! LOCAL 19

### ORDER

Pursuant to stipulation above, the deadline for Bay 101 to submit further objections to the amount of attorney's fees requested is hereby continued from September 12, 2011 to September 16, 2011.

Dated: _____, 2011

*[signature: Ronald M. Whyte]*
JUDGE RONALD M. WHYTE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIP AND [PROPOSED] ORDER CONTINUING DEADLINE FOR BAY 101 TO SUBMIT FURTHER
OBJECTIONS TO AMT OF ATTORNEY FEES REQUESTED BY LOCAL 19; CASE NO. 11-CV-02608 (RMW)